# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

PAKOU XIONG,

                Plaintiff(s),

vs.                                                 Case Number: 13-CV-790-JED-FHM
                                                     State Court Case No. CJ-12-04919

TRAVELERS HOME AND MARINE
INSURANCE COMPANY, THE,

                Defendant(s).

### MINUTE ORDER

     An order having been made remanding the above-numbered case to the Tulsa County Court. We are transmitting herewith certified copies of the order and District Court docket sheet in the action.

                                                      Phil Lombardi,
                                                      Clerk of Court, United States District Court

                                                          s/S. Cotner

                                                     By: S. Cotner, Deputy Clerk